MOE SCHWARZ, as Executor of ISIDOR FREY, Deceased,
Respondent, *v.* E. REGENSBURG & SONS, Appellant.

*Frey* v. *Regensburg & Sons*, 168 App. Div. 903, affirmed.

(Argued February 4, 1918; decided February 26, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered April 14, 1915, *unanimously* affirming a judg-
ment in favor of plaintiff entered upon a verdict in an
action on contract.   The complaint alleged that for many
years plaintiff's testator had been employed by defendant
as a salesman, and during the course of the employment
sold to a large number of customers — and that on Janu-
ary 3, 1907, the defendant agreed with him that if he
would retire from its employ and agree, in substance,
to refrain from competing with the defendant for the
rest of his life or from engaging in its line of business,
the defendant would pay him $5,000 a year for life in
weekly installments; that he so agreed and that he had
complied with the terms of his promise and that the
defendant had refused to pay the weekly installments
for January and February, 1913.   The amended answer
denied the making of the contract, set up as affirmative
defenses *ultra vires*, that it was unusual and unreasonable,
was without consideration or for an illegal consideration,
that the officer alleged in the bill of particulars (the
treasurer) to have made the contract had no power to
bind the corporation to such an agreement and that the
contract was void for want of mutuality.

  *Edmund L. Mooney, Martin Paskus* and *Frederick A.
Card* for appellant.

  *Joseph M. Proskauer, Maurice S. Hyman* and *Samuel
Kramer* for respondent.

  Judgment affirmed, with costs; no opinion.

  Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CAR-
DOZO, POUND, CRANE and ANDREWS, JJ.